**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

LISA M. JACKSON                                                                                       PLAINTIFF

vs.                                                                    CIVIL ACTION NO. 4:12-CV-12 HTW-LRA

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY                                  DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the decision of the Commissioner be affirmed. After having considered the reasons set forth in the Report and Recommendation and there being no objection filed by the plaintiff, this court hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 15th day of August, 2013.**

                                                                                    **s/ HENRY T. WINGATE
                                                                                    UNITED STATES DISTRICT JUDGE**